UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-319-1F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL A. TERRAZAS | ORDER |

On motion of the Defendant, Daniel A. Terrazas, and for good cause shown, it is hereby ORDERED that the **[DE 38]** be sealed until further notice by this Court.

SO ORDERED.

This 28 day of January, 2015.

*James C Fox*
JAMES C. FOX
Senior United States District Judge