UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Daniel A. Terrazas                Docket No. 5:08-CR-319-1F

**Petition for Action on Supervised Release**

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Daniel A. Terrazas, who, upon an earlier plea of guilty to Importation of 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and 960(b)(3), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 2, 2010, to the custody of the Bureau of Prisons for a term of 113 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 72 months under the conditions adopted by the court.

On February 6, 2015, the imprisonment portion of the sentence was reduced to 91 months pursuant to 18 U.S.C. § 3582(c)(2). Daniel A. Terrazas is scheduled for release on November 1, 2015, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant is scheduled for release from the Bureau of Prisons on November 1, 2015; however, he has no release plan. Therefore, it is recommended that supervised release be modified to require the defendant to release to a Residential Reentry Center to allow him time to secure his own residence.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

                I declare under penalty of perjury that the foregoing is true and correct.
                /s/ Robert L. Thornton
                Robert L. Thornton
                Supervising U.S. Probation Officer
                310 Dick Street
                Fayetteville, NC 28301-5730
                Phone: (910) 354-2535
                Executed On: July 22, 2015

**ORDER OF THE COURT**

Considered and ordered this __22__ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge